# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 22-7118

September Term, 2023

1:16-cv-00333-APM

**Filed On:** July 24, 2024

EIG Energy Fund XIV, L.P., et al.,

      Appellees

    v.

Petroleo Brasileiro, S.A.,

      Appellant

Odebrecht, S.A., et al.,

      Appellees

**BEFORE:** Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of appellant's petition for rehearing en banc, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

                **FOR THE COURT:**
                Mark J. Langer, Clerk

      BY:    /s/
                Daniel J. Reidy
                Deputy Clerk